| | |
|---|---|
| DISTRICT COURT, MESA COUNTY, COLORADO<br>Court Address:<br>Mesa County Justice Center, 125 North Spruce Street, Grand Junction, CO, 81501<br><br>**In the Matter of:** LACY ASHTYN BALDWIN | DATE FILED: February 20, 2017 9:16 AM<br>CASE NUMBER: 2016PR30309<br><br>⚠ **COURT USE ONLY** ⚠<br>Case Number: 2016PR30309<br>Division: 9    Courtroom: |
| **Order to Ratify Purchase of Real Property for the Protected Person and to Transfer Balance to the Lacy Ashtyn Baldwin Disability Trust** | |

THIS MATTER having come before the Court on the Unopposed Motion for Forthwith

Order to Ratify Purchase of Real Property for Protected Person and to Transfer Balance to the Lacy Ashtyn Baldwin Disability Trust filed by Conservator of the Protected Person, and the Court being fully informed of the premises,

FINDS:

1) All interested parties have agreed that the purchase of the new residence is in the best interest of the Protected Person. The Court ratifies the purchase of the property per the terms of the contract and allows the conservatorship to purchase the property and hold title of the property in the name of the conservatorship.

2) The Conservator is personally responsible to pay for the property taxes, homeowner's dues, alterations and all minor repairs on the property. Any major repairs on the property must be court approved.

3) Sale of said property is not permitted without a Court order.

4) Purchase of 897 Overview Road, Grand Junction, Colorado 81506 is hereby ratified.

5) The balance of all funds in the conservatorship will be transferred to the Lacy Ashtyn Baldwin Disability Trust as soon as the account is set up.

6) All annuity payments made payable to the Conservator shall be accepted by the Conservator as co-trustee and transferred immediately to the disability trust account pursuant to C.R.S. § 15-14-412 (1)(b).

Issue Date: 2/20/2017

*[signature: Lance Phillip Timbreza]*

LANCE PHILLIP TIMBREZA
District Court Judge

Exhibit 1 to Motion for Remand